AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Allyn Reynolds

V.

Fluor Industrial Services, Inc., dba MHIS Security, Fluor Enterprises, Inc. & Louis F. Ward

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 201 T

TO: (Name and address of Defendant)

Fluor Industrial Services, Inc.
dba MHIS Security
National Registered Agents Inc.
222 Jefferson Blvd. Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandra A. Lanni
Suite 206
33 College Hill Rd.
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/10/05

(By) DEPUTY CLERK Frani P McCabe

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 11, 2005 @ 1:25 P.M |
|---|---|
| NAME OF SERVER *(PRINT)* Richard J. Davis | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served upon A/P/S National Registered Agents Inc - Chris Bergner

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| – | 50.00 | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/11/05
Date

[signature]
Signature of Server

P.O. Box 1474 Coventry, R.I 02816
Address of Server

Chris Bergner

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.