AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Allyn Reynolds

V.

Fluor Industrial Services, Inc., dba Mass Security, Fluor Enterprises, Inc. & Louis F. Ward

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 05 201 T

TO: (Name and address of Defendant)

Louis F. Ward
2009 Bahama Ave.
Fort Myers, Fl. 33905

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandra A. Lanni
Suite 206
33 College Hill Rd.
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/10/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________
Date Signature of Server

______________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Rhode Island

Case Number: 05-201-T

Plaintiff:
**ALLYN REYNOLDS,**

vs.

Defendant:
**FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, et al.,**

For:
Sandra A. Lanni, Esquire
33 College Hill Road
Suite 200
Warwick, RI 02886

Received by ATTORNEYS SUBPOENA SERVICE on the 12th day of May, 2005 at 1:21 pm to be served on **LOUIS F. WARD, 2009 BAHAMA AVENUE, FORT MYERS, FL 33905**.

I, Brad Rouskey, being duly sworn, depose and say that on the **20th day of May, 2005** at **7:05 am, I:**

**Individually Served** the within named person with a true copy of this **SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Sheriff Appointed Special Process Server, in good standing, in the County in which the process was served.

Subscribed and Sworn to before me on the 27th day of May, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

Cheryl Parker Averill
Commission #DD228119
Expires: Aug 03, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

**Brad Rouskey**
04-039

**ATTORNEYS SUBPOENA SERVICE**
**2127 Main Street**
**Fort Myers, FL 33901**
**(239) 337-3783**

Our Job Serial Number: 2005003707

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j