UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLYN REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>FLOUR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLOUR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br><br>Defendants. | ) | Civil Action No. 05-201T |

**ENTRY OF APPEARANCE**

Now comes Mark A. Pogue, Esq. of Edwards & Angell, LLP and hereby enters his appearance as counsel for the Defendants in the above-captioned matter.

FLOUR INDUSTRIAL SERVICES, INC.,
d/b/a M&IS SECURITY, FLOUR ENTERPRISES,
INC., and LOUIS F. WARD, Individually,

By their attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

Dated: June 16, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2005 a copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid to:

Sandra A. Lanni, Esq.
33 College Hill Road, Suite 20D
Warwick, RI 02886