UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLYN REYNOLDS,

Plaintiff,

v.

FLOUR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLOUR ENTERPRISES, INC., and LOUIS F. WARD, Individually,

Defendants.

Civil Action No. 05-201T

RECEIVED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JOINT STIPULATION TO EXTEND TIME**

Now come the parties to the above entitled action who hereby jointly stipulate that Defendants Flour Industrial Services, Inc., d/b/a M&IS Security, Flour Enterprises, Inc. and Louis F. Ward, individually, may have until July 5, 2005 to file their first responsive pleading to the Plaintiff's Complaint. Counsel for the Defendants has informed counsel for the Plaintiff that it is Defendants' intent to file an Answer and partial Motion to Dismiss.

ALLYN REYNOLDS,

By her attorney,

Sandra Lanni / np

Sandra A. Lanni, Esq. (#2147)
33 College Hill Road, Suite 20D
Warwick, RI 02886
Tel. (401) 822-1800
Telecopy (401) 822-1879

Dated: June 16, 2005

FLOUR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLOUR ENTERPRISES, INC., and LOUIS F. WARD, Individually,

By their attorneys,

Mark A. Pogue

Mark A. Pogue, Esq. (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

ENTER

Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE 6/24/04

BOS_BOS_492251_1/WROSEBUSH

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2005 a copy of the foregoing Joint Stipulation To Extend Time was served by first class mail, postage prepaid to:

Sandra A. Lanni, Esq.
33 College Hill Road, Suite 20D
Warwick, RI 02886

______________________