UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLYN REYNOLDS
Plaintiff(s)

v. C.A. No. 05-201-T

FLOUR INDUSTRIAL SERVICES, INC., D/B/A , et al
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendants Flour Industrial Services, Inc., d/b/a M&IS Security, Flour Enterprises, Inc., and Louis F. Ward, Individually, hereby move that Windy L. Rosebush be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, employment law, in which Massachusetts counsel specializes.
- ________________ counsel's long-standing representation of the client: ________________________________
- The local trial bar lacks experience in the field of: ________________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which: ________________ counsel is familiar, specifically: ________________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ________________ counsel, as follows: ________________________________.
- It is a criminal case, and ________________ counsel is defendant's counsel of choice.
- Other: The Defendants have specifically hired Massachusetts counsel for their experience in defending employers in suits of the kind brought by the Plaintiff.

DEFENDANTS
[signature]

Mark A. Pogue #3441
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Date: 6-23-05

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) MA, and that my eligibility to practice before those courts has not been restricted in any way..

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Windy L. Rosebush (signature) | Mark A. Pogue |
| Name Windy L. Rosebush | Local Associate Counsel |
| | 3441 |
| | R.I. Bar ID# |
| EDWARDS & ANGELL, LLP | EDWARDS & ANGELL, LLP |
| Firm Name | Firm Name |
| 101 Federal Street | 28 Financial Plaza |
| Business Address | Business Address |
| Boston, MA 02110 | Providence, RI 02903 |
| 617-439-4444 Tel. # / 617-439-4170 Fax # | 401-274-9200 Tel. # / 401-276-6611 Fax # |

---

**ORDER:** This motion is hereby ______________________ .

______________________
U.S. District Judge
Date:______________________

pro hac vice motion (rev. 3/05)

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2005 a copy of the foregoing Motion For Entry of Appearance *Pro Hac Vice* was served by first class mail, postage prepaid to:

Sandra A. Lanni, Esq.
33 College Hill Road, Suite 20D
Warwick, RI 02886

[signature]