**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALLYN REYNOLDS | : | |
| VS. | : | CA. No. 05-201T |
| FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC. AND LOUIS F. WARD, Individually | : | |

**PLAINTIFF'S MOTION FOR AN EXTENTION OF TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

Now comes Plaintiff's attorney, Sandra A. Lanni, and respectfully moves this Honorable Court for an extension of time to Friday, July 29, 2005, within which to respond to Defendant's Partial Motion to Dismiss. The basis for Plaintiff's Motion is a family medical emergency, described in more detail in the attached confidential letter to the Court. Plaintiff's attorney has conferred with Defense counsel, who do not object to the requested extension of time.

WHEREFORE, Plaintiff, through counsel, respectfully prays this Honorable Court for an extension of time through July 29, 2005, within which to respond to Defendant's Partial Motion to Dismiss.

Plaintiff,
Through her Attorney,

Sandra A Lanni

Sandra A. Lanni, Esquire, #2147
33 College Hill Road, Suite 20D
Warwick, RI 02886
(401) 822-1800 Telephone
(401) 822-1879 Telefax

GRANTED

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge 8/5/05