UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALLYN REYNOLDS

Plaintiff

     v.                                       C.A. No. 05-201T

FLUOR INDUSTRIAL SERVICES, INC., ET AL.

Defendants

## ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants' Partial Motion to Dismiss the State Fair Employment Practices Act ("FEPA") and the Rhode Island Civil Rights of People with Disabilities Act ("RICRPDA") claims, found in Counts I, II, III, IV, V, VIII, IX and XII of the complaint is hereby granted for reasons stated in open court.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 11/3/05