UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLYN REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br><br>Defendants. | Civil Action No. 05-201T |

**ENTRY OF APPEARANCE**

I, John D. Doran, of the law firm of Edwards Angell Palmer & Dodge, LLP, hereby enter my appearance on behalf of defendants Fluor Industrial Services, Inc., d/b/a M&IS Security, Fluor Enterprises, Inc., and Louis F. Ward, Individually, in the above-captioned matter.

John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2005 a copy of the foregoing Entry of Appearance of John D. Doran was served by first class mail, postage prepaid to:

Sandra A. Lanni, Esq.
33 College Hill Road, Suite 20D
Warwick, RI 02886