UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALLYN REYNOLDS :
:
v. : C.A. No. 05-201T
:
FLUOR INDUSTRIAL SERVICES, :
INC. :

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 31, 2006

BY ORDER:

Deputy Clerk