UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLYN REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br><br>Defendants. | Civil Action No. 05-201T |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE that Timothy P. Van Dyck and Windy L. Rosebush, counsel to Defendants Fluor Industrial Services, Inc. d/b/a M&IS Security Fluor Enterprises, Inc. and Louis F. Ward, Individually, have changed their firm name and address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

Timothy P. Van Dyck, Esquire
Windy L. Rosebush, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually

By their attorneys,

John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6616

Timothy P. Van Dyck *(Admitted Pro Hac Vice)*
Windy L. Rosebush *(Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

## CERTIFICATE OF SERVICE

I, John D. Doran, hereby certify that on the 9th day of February, 2006 a true copy of the foregoing Notice of Change of Firm Name and Address was served upon counsel of record, Sandra A. Lanni, Esq. 33 College Hill Road, Suite 20 D, Warwick, RI 02886, by first class mail, postage prepaid.