UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLYN REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br><br>Defendants. | Civil Action No. 05-201T |

**NOTICE OF DEPOSITION**

Deponent: Heather McLaughlin

Place: Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Date: June 20, 2006

Time: 4:00 p.m.

PLEASE TAKE NOTICE that defendants will take testimony on oral examination of the above-mentioned deponent, on the date and time hereinabove stated before a Notary Public of the State of Rhode Island or some other duly qualified person, and thereafter, from day to day as the taking of the deposition may be adjourned, at the above-named address, at

which time and place you are invited to appear and take such part in the examination as you may deem fit and proper.

FLUOR INDUSTRIAL SERVICES, INC.,
d/b/a M&IS SECURITY, FLUOR ENTERPRISES,
INC., and LOUIS F. WARD, Individually

By their attorneys,

John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6616

Timothy P. Van Dyck *(Admitted Pro Hac Vice)*
Windy L. Rosebush *(Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

**CERTIFICATE OF SERVICE**

I, John D. Doran, hereby certify that on the 5th day of June, 2006 a true copy of the foregoing Notice of Deposition was served upon counsel of record, Sandra A. Lanni, Esq. 33 College Hill Road, Suite 20 D, Warwick, RI 02886, by first class mail, postage prepaid.