UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALLYN REYNOLDS,

Plaintiff,

v.

FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,

Defendants.

Civil Action No. 05-201T

**JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

The parties to this action, Plaintiff Allyn Reynolds ("Plaintiff") and Defendants Fluor Industrial Services, Inc., f/k/a Maintenance and Industrial Services, Inc., Fluor Enterprises, Inc., and Louis F. Ward ("Defendants"), hereby jointly move this Honorable Court to extend the deadlines set forth in the Court's January 19, 2006 Scheduling Order by forty-five (45) days. In support of their Joint Motion, the parties state the following:

1. This is a relatively new employment discrimination matter, having been filed on May 10, 2005. Plaintiff claims that she was discriminated against on the basis of her sex and disability, and was subjected to retaliation by the Defendants. Defendants deny these allegations, and assert that the Plaintiff was not discriminated against on any basis; rather, she was terminated for legitimate business reasons, namely falling asleep during her shift as a security guard.

2. On July 5, 2005, Defendants filed a partial Motion to Dismiss, which was heard and ruled upon in October, 2005. Thereafter, the Court scheduled a Pre-Trial Conference and issued

the current Scheduling Order on January 19, 2006, permitting discovery to proceed through June 15, 2006.

3. However, on January 31, 2006, the parties were ordered to a mandatory settlement conference with Magistrate Judge Robert W. Lovegreen. That conference was not scheduled to take place until April 6, 2006. Prior to the settlement conference, no discovery (except for the exchange of Initial Disclosures) took place. Efforts to resolve the matter at the April 6, 2006 settlement conference were unsuccessful.

4. The following day, the Defendants served written discovery requests on the Plaintiff, which were due on May 7, 2006. The Plaintiff requested, and the Defendants granted the Plaintiff, additional time to respond to Defendants' written discovery. The Plaintiff's written discovery responses are now due. However, because of the extension of time granted for written discovery responses, the Plaintiff's deposition, scheduled for June 1, 2006, was postponed pending the Defendants' receipt of the Plaintiff's Answers to Interrogatories and Responses to Requests for Production of Documents. The parties are not available to conduct the Plaintiff's deposition until after the current discovery deadline of June 15, 2006.

5. The parties also intend to depose a number of non-party fact witnesses in this litigation. Defendants have noticed some of these depositions for June 20, 2006, which was the first date available to counsel for the parties to take those depositions. In addition, the Plaintiff has indicated her intent to depose Defendant Louis F. Ward. Mr. Ward is a resident of Florida, and will not be voluntarily in Rhode Island until mid-July, 2006. In order to facilitate his deposition, it is necessary to wait until mid-July to schedule and take this deposition.

6. This is the first request for an extension of the Scheduling Order by either party, and the request is not made to interpose unnecessary delay. Neither party will be prejudiced, as both

parties have conferred and agree to the extension sought. Moreover, the extension of the Scheduling Order is in the interest of all parties, as it allows for thorough and orderly discovery of this matter, which is in the interest of justice. The parties agree that they will not seek an additional extension of the Scheduling Order, absent exigent circumstances.

7. Wherefore, the parties request that the Scheduling Order be amended as follows:

| **Current Deadline:** | **Amended Deadline:** |
|---|---|
| Discovery: 6/15/06 | 7/31/06 |
| Summary Judgment (Rule 56): 7/5/06 | 8/15/06 |

ALLYN REYNOLDS
By her attorneys,

Sandra A. Lanni

Sandra A. Lanni (#2147)
33 College Hill Road, Suite 20D
Warwick, RI 02886
Tel: (401) 822-1800, ext. 8
Fax: (401) 822-1879

FLUOR INDUSTRIAL SERVICES INC., F/K/A MAINTENANCE AND INDUSTRIAL SERVICES, INC., FLUOR ENTERPRISES, INC., AND LOUIS F. WARD,
By their attorneys,

John D. Doran (#6415)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6616

Timothy P. Van Dyck, *pro hac vice*
Windy L. Rosebush, *pro hac vice*
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (617) 227-4420

GRANTED
No further extensions will be granted
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
6/20/06



BOS_BOS_540448_1/WROSEBUSH

**CERTIFICATE OF SERVICE**

I, John D. Doran, hereby certify that on June 2, 2006 a true copy of the foregoing document was served upon counsel of record, Sandra A. Lanni, Esq., 33 College Hill Road, Suite 20 D, Warwick, RI 02886, by first class mail, postage prepaid.

John D. Doran