EXHIBIT

January 12, 2004

Statement of Estelle L. O'Connor

In March of 2002 I just walked into the guard shack of Clariant Corportion on Washington Street in Coventry asking about a positon in any part of the plant. Lou Ward and Healther McLaughlin were on duty in the guard shack at that time. Lou asked me if I had any experience in security and I said no but that I could learn. After I filled out the application, John Ward of M & I S happened to be coming into work and my friend drove me down to his work trailer for an interview. I spoke to him and was hired right away.

I started working in the guard shack the following morning for training. Heather was there my first day and walked me to the mill building to show me where the ladies room was and warned me about Lou Ward. She stated that I should watch out for him and that he really didn't know what he was doing in the guard shack, and that she had to "cover his ass" on many occasions. During my training period I observed Lou being verbally abusive to Heather making her cry and even calling her stupid. During that week, when Heather was out of the guard shack, Lou told me that Heather was a slut. The following week, Heather was fired, and I was hired into her spot.

Once alone with him in the guard shack, the head games started. He knew that I had no transportation and that I walked to and from work. He offered rides to me but because of his behavior, I felt uncomfortable getting into a vehicle with him. He became visably angry because I would not accept a ride so I agreed to ride with him because I did not want the work place to be a stressful situation.

After that, he started to tell me about his life and his boat and wanted me to go down to see it. He wanted me to meet his friends down at the boat yard. He said I needed to get out and have a social life. I declined stating that I needed to use my time wisely and work to get an apartment for me and my two children. I have an older son who is out on his own. Lou told me to remember who signed my paycheck when I declined. I took this as a threat. Finally due to the fact that I was afraid of losing my job, I agreed to go to the boat. A friend of his from work, Manny Lido, drove me to the boat yard after work one afternoon. I went home, got changed and then Manny picked me up to go to the boat. We out to dinner with Lou and his wife, and we went to Duffy's Tavern in North Kingstown.

At work, when Lou took me on patrol to the other buildings, he took me inside. I met the other employees for Clariant and he made fun of me to them, right in front of me. He said that I was a blonde broad with not much in the "unit department" and that it was too bad that he had to put up with me all day in the guardshack. He liked to talk to me about oral sex and his experiences with his wife and oral sex. I told him that he should remember when he hired me and he told me that I could tell him when I found his conversation offensive. I said that I did and he still would not stop it. He also would talk about when he was a police officer and saw vidio tapes of women being initiated into the Hell's Angels, and was very graphic about it. I asked him not to discuss it and he continued almost on a daily basis. The more that his stories visually upset me the more he talked about them. One day I brought a banana to work and he made sexual comments (blow job) about my eating the banana. He told me that he thought I could "deep throat" the banana. I started eating my fruit in the bathroom. He commented on the size of my "units" which was his word for breasts daily, and on the size of my buttocks. He commented if my weight would fluctuate and made beeping sounds when I backed up or leaned out of the guard shack door to accomodate the incoming or outgoing traffic.

I quickly caught on to the fact that he is nearly deaf so I had to learn the job quickly and efficiently so that I could run the guard shack without having to disturb him. The more I could do on my own without direction from him, the better off I was. First thing in the morning, for about 2 hours, I was not allowed to disturb him while he had his coffee and read his paper. Questions about work were not even allowed, yet if I made a decision on my own, God help me if it was wrong. On countless occasions I would ask him about something that had to do with work, he did not know the answer, so would scream in my face that I was stupid and should know the answer to the question and would not answer me. Many times while I was using the computer he would lean on the back of me with his hand and then put his hand over mine on the computer mouse. Sometimes when he was mad about what I was doing he would place his hand over mine hard.

Every male that worked in the guard shack was afraid of him and was aware of how abusive Lou was to me. They all said that none of them wanted to be in my place and no one wanted to work during Lou's shift with him. They all hated working with him. Al Montero stated that he would become physically ill if he saw Lou coming in or had to talk to him on the phone. Charlie O'Leary said that he felt bad for me because he knew what Lou was doing to me and that he knew that Lou abused all of the women who had worked there before me. Charlie O'Leary said that he had seen me leave work many times crying. Lou was very proud of the fact that he had hired and fired 13 women. Charlie told me that Lou had had sex with another female employee of M & I S named Serenity and then had her fired for having sex with other employees. Evidently Serenity

had tried to commit suicide over this and Lou said that he couldn't have unstable people like her working for him.

There was another female employee named Desire who first worked for Lou at Clariant and then she left on her own and went to Rhodes Technologies next door. She had complained to John Ward about Lou several times before she left and nothing was done. Desire told me this herself.

A spanish woman with very large breasts was hired by John Ward and the conversation between John Ward and Lou Ward was daily about her breasts, and that she had been hired just because she had the large breasts. She left the company and went back to her homeland. She left after I left.

He also terrorized and abused Mark Normande who was a day shift man. Mark is a little slow and was Lou's whipping boy. Lou tormented him all day long even though Mark was on antidepressants.

Lou told me that he would set me up in prositution just to take care of his friends and my money worries would be over. I told him to stop talking about it and that I would never entertain the notion. This conversation occurred almost on a daily basis.

Lou also liked to tell horrible stories of raping vietnamese women while he was there and then how they looked when he strangled them, that their eyes bugged out. He also enjoyed cutting the throats of the men in front of the women. These stories went on all the time and he seemed to get a lot of enjoyment out of telling them to me. I had nightmares about them and begged him to stop telling the stories.

The things that bothered ~~Leo~~ me the most about him was that he would continue to try to get me to "take care" of his friends and that I was fucking stupid not to do it. I was always fucking stupid. Whenever I would question him about the cameras or the other security equipment he told me that I was fucking stupid and should ask Frank about them. I should have fucking paid attention the first time. Dennis (the electrician) Dare told me that I should know about the cameras because it was part of my job. He said that if Lou couldn't teach me I should ask Buddy He~~l~~ault. I almost lost my job the day I asked to be trained to use the cameras. When I went over Lou Ward's head to Buddy, Lou became furious and screamed in my face. He had Frank teach me and then screamed he(Lou Ward) would test me on it later. But because he knew nothing about them he could not.

I used to use the ladies room in the mill after my lunch. Upon my return to the guard shack, several times I heard alarms going off and Lou sitting there reading the paper. He could not hear them so I just took care of them without his even knowing. Almost every

day Lou Ward came to work with a hangover which is a lot of his problem and was very mean to everyone. He would make sexist comments to me while he let female employees on to the property through a gate. Then he would say sweet things into the intercom to them. He was also abusive to the drivers of the contractors trucks and would flip out for no reason to them, or if they forgot a badge. He would tell me to do something and then when I did it yell at me for it.

I had mentioned to Lou that I wanted to work in a Nursing Home. He told me that when he worked for the Health Department (State) he could get any nursing home shut down immediately and still could. I told him that I might go on to another shift because I could not stand the stress. He told me that if I changed my shift and my kids were left home alone, DCYF could be called and that I could lose my children. He meant that he could arrange the nursing home to close and for me to lose my children. He also kept repeating that I should remember who signed my check.

The day that Lou and I got into a big fight, he was clearly sick with a hangover. He was very nasty all morning. Frank was with us because a drill was being run. Lou liked to scream at me in front of people and call me names. I had just gotton screamed at for something and someone came into the guard shack and asked for an asperin. I had one so I gave the woman a couple of mine. He yelled at me for about 45 minutes about our representing Clariant and that we should not give out medicine. The mailman then came in and asked for a pen. I gave the mailman mine so I wouldn't get in trouble for giving out a Clariant pen. Lou left the guard shack in a rage and I called John Ward and told him that things had escolated into a dangerous situation. I knew that this might be a problem because John Ward and Lou Ward were friends. I told John everything that had gone on and he told me to come to his office in the morning before my shift and then talk to Lou. When I got home, I called Michelle Park, of Clariant in the human resources department, and I called Levon Kasparian, John Paul and Buddy Hereault all of Clariant and told them all everything that had gone on. I had to leave a detailed message on Levon's answering machine.

The next morning I went to John Ward's office and was repremanded for calling the other people who are listed above. John said that Lou Ward told him that I was making sexual comments to people coming in and out of the plant. John never wrote anything down, or called anyone else. He never offered to help me but only repremanded for my making a complaint. He was very angry for my telling anyone at all. At that time my shift was changed to second which is 2pm to 10pm making it impossible for me to work there because of my children. I remained there for about two weeks and then left.

Lou Ward was always offering to do me favors like get me a car, and find someone to work on the car for me. He always wanted to do favors for me so I would owe him. He

always told me that I owed him for his giving me the job. He made me physically ill, nervous, stressed, and made me cry.

I cannot believe that he has always gotton away with things like this. He even threatened Matt King who was going to be a policeman, that if Matt didn't do what he was told Lou's way he would see to it that Matt would never get on any police department in the state.

Estelle L. O'Connor

Estelle O'Connor 647.9074.
93 Madison Road
Scituate, R.I.

I was employed by M&SS at Clariant Corp from March 2002 - November 2002 working the day shift with Lou Ward in the Guard Shack. During this time I was subjected to verbal as well as sexual abuse, on company time, from Lou Ward.

Many times Lou would make fun of my breasts and make comments about starting me into prostitution. He made constant sexual remarks in most conversations.

I left work most days crying because I couldn't take the abuse. I also suffered from an upset stomach & illness from the treatment.

I reported this treatment to John Ward of M&SS, John Paul, Bradley Herreault, Michelle Pauk, & Levon Kasparian of Clariant Corp.



EXHIBIT

- 2 -

Estelle O'Connor

I stayed as long at Clariant, as I could because as a single mother I really needed the job. I had no vehicle, and Clariant was within walking distance. Lou knew how desparately I needed the job & took advantage of this.

The only times Lou actually touched me, was when he would rub my back though I did not want him to & place his hand over mine on the computer mouse.

He also reminded me very often to remember who signed my pay checks. Other women and men, were subjected to his verbal abuse.

I left because I could not handle the abuse from Lou even though I ended up losing my apartment.

Lou also constantly stated that he

Estelle O'Connor

wanted to "poon" several of the female employees of Clariant as they walked by the guard shack. He also commented on every woman's breast size. I would be willing to meet & discuss this matter further if needed. I know that there were many other women who suffered the same treatment from Lou Ward. He bragged that there were over 30 women who had left because of him. I took this a a threat to my job, and he did this daily. He also used overtime to keep me quiet. When I complained I lost overtime. He also loved telling stories of raping & murdering women in Viet Nam.

Estelle O'Connor
10-27-03