PAUL P. LENTRICHIA, M.D., F.A.C.S.
DIETER POHL, M.D., F.A.C.S.
JEREMY FRISSELL, PA-C
ADVANCED LAPAROSCOPIC SURGERY/GENERAL SURGERY
1539 ATWOOD AVENUE SUITE 201
JOHNSTON, RHODE ISLAND 02919
TELEPHONE (401) 521-6310

July 11, 2006

TO WHOM IT MAY CONCERN,

RE: ALLYN REYNOLDS

ALLYN REYNOLDS HAS A LONG ESTABLISHED HISTORY OF SEVERE ARTHRITIS. PROLONGED SITTING OR STANDING IS NOT POSSIBLE. THESE SYMPTOMS ARE NOT UNDER HER CONTROL AND LEAD TO EXCRUCIATING PHYSICAL PAIN.

IF YOU HAVE ANY QUESTIONS DO NOT HESITATE TO CONTACT ME.