UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLYN REYNOLDS,<br>Plaintiff,<br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br>Defendants. | : | CA 05-201 T |

**ORDER**
**GRANTING IN PART**
**DEFENDANTS' EMERGENCY MOTION TO COMPEL**

This matter came before the Court on July 20, 2006, on Defendants' Emergency Motion to Compel the Depositions of Plaintiff and Non-Party Witness Estelle Bourque, and for Sanctions (Document ("Doc.") #27) ("Motion"). After hearing thereon, the Motion is granted to the extent that non-party witness Estelle Bourque is ordered to complete the deposition which was conducted in part on June 27, 2006. Ms. Bourque is ordered to appear at 10:00 a.m. Monday, July 31, 2006, in Courtroom C, second floor, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island, for that purpose.

To the extent that the Motion seeks attorneys' fees for fees Defendants "incur[red] in preparing for and completing Plaintiff's deposition ...," Motion at 1, and for preparation of the Motion, see Memorandum in Support of Defendants' Emergency Motion to Compel the Depositions of Plaintiff and Non-Party Witness Estelle Bourque, and for Sanctions at 12, the Court defers ruling until a transcript of the deposition is available.[1]

[1] Counsel for Defendants is directed to review a copy of Plaintiff's deposition when it becomes available. If after doing so Defendants continue to press their request for attorneys' fees,

In all other respects, the Motion is ruled moot.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
July 20, 2006

BY ORDER:

Deputy Clerk

---

Defendants' counsel shall so advise the Court and submit a copy of the deposition. The Court will then rule upon this portion of the Motion. If after reviewing the transcript Defendants decide not to press this portion of the Motion, Defendants' counsel shall so advise the Court and the Court will rule it moot.