UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLYN REYNOLDS,<br>Plaintiff,<br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-201 T |

**ORDER TO APPEAR**

TO: Estelle L. Bourque
93 Matteson Road,
Scituate, RI 02831

**You are hereby ordered to appear at 10:00 a.m. on Monday, July 31, 2006,** in Courtroom C, second floor, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island, for the purpose of completing your deposition in the above entitled matter. The deposition was conducted in part on June 27, 2006, but not completed. Failure to appear may result in your being adjudged in contempt of court. If you have any questions regarding this Order, please contact Deputy Clerk Martha Saucier at (401) 752-7218.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
July 20, 2006

BY ORDER:

Martha Saucier

Deputy Clerk