UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLYN REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br><br>Defendants. | Civil Action No. 05-201T |

**JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

The parties to this action, Plaintiff Allyn Reynolds ("Plaintiff") and Defendants Fluor Industrial Services, Inc., f/k/a Maintenance and Industrial Services, Inc., Fluor Enterprises, Inc., and Louis F. Ward ("Defendants"), hereby jointly move this Honorable Court to extend the deadlines applicable to Motions for Summary Judgment. In support of their Joint Motion, the parties state the following:

1. Plaintiff claims that she was discriminated against on the basis of her sex and disability, and was subjected to retaliation by the Defendants. Defendants deny these allegations, and assert that the Plaintiff was not discriminated against on any basis; rather, she was terminated for legitimate business reasons, namely falling asleep during her shift as a security guard.

2. All discovery has been completed (or served) prior to the Closure Date (July 31, 2006) with the exception of the deposition of Defendant Louis Ward, whose deposition is scheduled for August 10, 2006 by agreement of the parties. Mr. Ward is an out-of-state (FL)

resident. While Mr. Ward was expected to be in Rhode Island voluntarily for personal reasons prior to the Closure Date, he ultimately was not required to come to Rhode Island. Therefore, special arrangements had to be made for Mr. Ward to come to Rhode Island in order to be deposed. August 10, 2006 was the first convenient date for Mr. Ward and counsel for the parties to take the deposition.

3. Pursuant to the Court's Scheduling Order, the parties have begun the process of discussing settlement and possible mediation of this matter in good faith. While the parties participated in a settlement conference with Magistrate Judge Robert W. Lovegreen on April 6, 2006, it was without the benefit of any discovery (other than Initial Disclosures). Both parties are interested in pursuing possible settlement of this matter, and the completion of Mr. Ward's deposition should aid in that process.

4. Moreover, while the Defendants have apprised the Plaintiff that they intend to seek permission from the Court to file a Motion for Summary Judgment, all parties agree that it is in their respective interests to engage in meaningful settlement discussions before engaging in motion practice in this matter.

5. Therefore, the parties jointly request that the Court extend the deadline for requesting a conference with the Court concerning Motions for Summary Judgment (pursuant to ¶ 7 of the Scheduling Order) until September 10, 2006 (30 days after the completion of Mr. Ward's deposition). Furthermore, the parties jointly request that the deadline for filing Motions for Summary Judgment be extended until September 30, 2006.

6. This is the first request for an extension of the Summary Judgment deadlines by either party, and the request is not made to interpose unnecessary delay. Neither party will be prejudiced, as both parties have conferred and agree to the extension sought. Moreover, the

extension of the Summary Judgment Deadline is in the interest of all parties, as it allows both parties to engage in settlement discussions before engaging in costly (and perhaps unnecessary) motion practice. The parties agree that they will not seek an additional extension of the Summary Judgment deadlines, absent exigent circumstances.

7. Wherefore, the parties request that the Scheduling Order be amended as follows:

| **Current Deadline:** | **Amended Deadline:** |
|---|---|
| Summary Judgment (Rule 56): 8/15/06 | Party intending to file a Motion for Summary, must request a conference with the Court, seeking permission to file by: September 10, 2006<br><br>Motions for Summary Judgment must be filed by: September 30, 2006 |

ALLYN REYNOLDS
By her attorneys,

/s/ Sandra A. Lanni (w/permission)
Sandra A. Lanni (#2147)
33 College Hill Road, Suite 20D
Warwick, RI 02886
Tel: (401) 822-1800, ext. 8
Fax: (401) 822-1879

FLUOR INDUSTRIAL SERVICES INC., F/K/A MAINTENANCE AND INDUSTRIAL SERVICES, INC., FLUOR ENTERPRISES, INC., AND LOUIS F. WARD,
By their attorneys,

/s/ John D. Doran
John D. Doran (#6415)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6616

Timothy P. Van Dyck, *pro hac vice*
Windy L. Rosebush, *pro hac vice*
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (617) 227-4420

**CERTIFICATE OF SERVICE**

I, John D. Doran, hereby certify that on August 7, 2006 a true copy of the foregoing document was served upon counsel of record, Sandra A. Lanni, Esq., 33 College Hill Road, Suite 20 D, Warwick, RI 02886, by filing the same electronically.

__/s/ John D. Doran____________________________
John D. Doran