UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLYN REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,<br><br>Defendants. | ) | Civil Action No. 05-201T |

**WITHDRAWAL OF APPEARANCE**

I, John D. Doran, hereby withdraw my appearance as counsel for Defendants, Fluor Industrial Services, Inc., d/b/a M&IS Security, Fluor Enterprises, Inc., in the above-captioned matter.

/s/ John D. Doran
John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6616

Timothy P. Van Dyck *(Admitted Pro Hac Vice)*
Windy L. Rosebush *(Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

**CERTIFICATE OF SERVICE**

I, John D. Doran, hereby certify that on the ______ day of August, 2006 a true copy of the foregoing Withdrawal of Appearance was served upon counsel of record, Sandra A. Lanni, Esq. 33 College Hill Road, Suite 20 D, Warwick, RI 02886, through the ECF system.

/s/ John D. Doran