UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLYN REYNOLDS,

Plaintiff,

v.

FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, Individually,

Defendants.

Civil Action No. 05-201T

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Allyn Reynolds, by her attorney, and defendant Fluor Industrial Services, Inc., d/b/a M&IS Security, Fluor Enterprises, Inc., and Louis F. Ward, individually, by their attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

ALLYN REYNOLDS

By her attorney,

/S/
Sandra A. Lanni (#2147)
33 College Hill Road
Suite 20D
Warwick RI 02886
401-822-1800 Ext. 8

Dated: January 31, 2007

FLUOR INDUSTRIAL SERVICES, INC., d/b/a M&IS SECURITY, FLUOR ENTERPRISES, INC., and LOUIS F. WARD, individually,

By their attorneys,

/S/
Timothy P. Van Dyck (BBO# 548347)
Windy R. Catino (BBO #636962)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston MA 02199(617) 951.2254

Dated: January 31, 2007